UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
STOKELY FLEMMINGS,                                                :
                                                                  :     20 Civ. 175 (PAE) (BCM)
                                Plaintiff,                    :
                                                                  :     ORDER OF DISMISSAL
            -v-                                                 :
                                                                  :
AMERICAN INTERNATIONAL GROUP, INC. ET AL.,                        :
                                                                  :
                              Defendants.                   :
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

        On January 8, 2020, plaintiff filed the complaint in this action. Dkt. 1. On January 30, 2023, the Court issued an order to show cause, by February 10, 2023, why plaintiff had not timely served defendants. Dkt. 7. Plaintiff has not served defendants or otherwise showed good cause why defendants were not timely served, and no other progress has been made in this case. Accordingly, under Federal Rule of Civil Procedure 41(b) and the Court's inherent power, *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–33 (1962), the Court hereby dismisses this case, without prejudice, for the plaintiff's failure to prosecute.

        The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

                                                                                *Paul A. Engelmayer*
                                                                                Paul A. Engelmayer
                                                                                United States District Judge

Dated: March 29, 2023
         New York, New York